JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY ANN FOSTER,<br><br>          Plaintiff,<br><br>    v.<br><br>GENERAL PAUL NAKASONE et al.,<br><br>          Defendants. | Case No. 2:22-cv-5558-SVW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, **IT IS ADJUDGED** that this action is dismissed WITH PREJUDICE.

DATED: November 3, 2022

                                              HON. STEPHEN V. WILSON
                                              U.S. DISTRICT JUDGE